```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION
```

**ANTHONY B. MCCRAY, #K7876**
                                                         **PLAINTIFF**

**VERSUS**                    **CIVIL ACTION NO. 3:07-cv-301-TSL-JCS**

**ROGER A. GRAVES AND**
**PAUL LUCKETT**                                         **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

   This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed with prejudice.

   SO ORDERED AND ADJUDGED, this the <u>19th</u> day of November, 2007.


                       /s/Tom S. Lee
                       UNITED STATES DISTRICT JUDGE